JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCUS JEROME ALFORD, | ) | No. EDCV 09-175-AHM(CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| KEN CLARK (Warden), | ) | |
| | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: <u>March 24, 2009</u>

_____
A. HOWARD MATZ
United States District Judge